30 A.3d 1104

NEWMAN DEVELOPMENT GROUP OF
POTTSTOWN, LLC., Respondent

v.

GENUARDI'S FAMILY MARKETS, INC.
and Safeway Inc., Petitioners.

Supreme Court of Pennsylvania.

Nov. 1, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of November, 2011, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue, as very slightly edited from Petitioner's phrasing:

Did the Superior Court err in quashing Genuardi's appeal for failure to file a post-trial motion, where the appeal was from the trial court's recalculation of damages in accordance with the Superior Court remand order and where no additional evidence was received?